PD-0837-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/6/2015 3:38:10 PM
Accepted 7/7/2015 4:05:38 PM
ABEL ACOSTA
CLERK

## COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| **MARK FIBRANZ,** | § | |
| Appellant, | § | |
| **vs.** | § | **NO. 05-14-01203-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| Appellee. | § | |

## MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW MARK FIBRANZ, Appellant, by and through his Attorney of Record, MARK T. LASSITER, and tenders, pursuant to the Texas Rule of Appellate Procedure 38.6(d), this Motion for Extension of Time. In support of this motion, Appellant would show the following:

### I.

*Mr. Lassiter has been involved with several jury trials and has not been able to finish researching to submit a petition for discretionary review.*

### II.

This motion is not made for purposes of delay but that justice may be done. This is Appellant's first request for a continuance.

WHEREFORE, PREMISIS CONSIDERED, the Defendant/Appellant respectfully requests that this motion be granted.

FILED IN
COURT OF CRIMINAL APPEALS

July 7, 2015

**PAGE - 1**

ABEL ACOSTA, CLERK

Respectfully submitted,

**LAW OFFICE OF MARK T. LASSITER**

/s/Mark Lassiter
MARK T. LASSITER

3500 Maple Avenue
Suite 400
Dallas, Texas 75219
mark@lomtl.com
(214) 845-7007 (Telephone)
(214) 845-7006 (Facsimile)
Texas State Bar No. 24055821

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion was forwarded to the Denton County District Attorney's Office via facsimile transmission, on this the same day this motion was filed.

/s/ Mark Lassiter
MARK T. LASSITER

PAGE - 2